STATE of Missouri, Respondent,

v.

Steven BAUER, Appellant.

No. WD 47292.

Missouri Court of Appeals,
Western District.

March 15, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 3, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

PER CURIAM:

### ORDER

Appeal from conviction of four counts of forgery.

Affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Keith MASSEY, Appellant.

No. WD 47329.

Missouri Court of Appeals,
Western District.

March 15, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 3, 1994.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

From a conviction by a jury of delivery of a controlled substance within one thousand feet of a school, Section 195.214, RSMo Supp. 1992, and sentenced to ten years in prison, the defendant contends an amended information filed by the state, Rule 23.08, deprived the trial court of subject matter jurisdiction. Judgment affirmed. Rule 30.25(b).